No. 03–10198.  HALBERT v. MICHIGAN.  Ct. App. Mich.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 04–169.  GRAHAM COUNTY SOIL AND WATER CONSERVATION DISTRICT ET AL. v. UNITED STATES EX REL. WILSON.  C. A. 4th Cir.  Certiorari granted.

No. 04–368.  ARTHUR ANDERSEN LLP v. UNITED STATES. C. A. 5th Cir.  Certiorari granted.

No. 04–514.  BELL, WARDEN v. THOMPSON.  C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted limited to Question 2 presented by the petition.

No. 04–563.  MAYLE, WARDEN v. FELIX.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 04–603.  GRABLE & SONS METAL PRODUCTS, INC. v. DARUE ENGINEERING & MANUFACTURING.  C. A. 6th Cir.  Certiorari granted limited to Question 1 presented by the petition.

No. 04–637.  MITCHELL, WARDEN v. STUMPF.  C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 04–6964.  JOHNSON v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.

JANUARY 10, 2005

No. 04–5586.  PEOPLES v. UNITED STATES.  C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.